Michael C. Ormsby
United States Attorney
Eastern District of Washington
Caitlin A. Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 20 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN MANUEL FERNANDEZ,

    Defendant.

INDICTMENT

Vio:

18 U.S.C. § 922(g)(1)
Felon in Possession of Firearm

**CR-12-125-WFN**

The Grand Jury Charges:

On or about the August 10, 2012, in the Eastern District of Washington, the Defendant, JUAN MANUEL FERNANDEZ, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger Model 10-22, .22 caliber rifle, bearing serial number 199-39711, which firearm had theretofore been transported in interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

DATED this 20th day of November, 2012.

A TRUE BILL

*/s/ Michael C. Ormsby*
Michael C. Ormsby
United States Attorney

*/s/ Caitlin A. Baunsgard*
Caitlin A. Baunsgard
Assistant United States Attorney

INDICTMENT
11-20-12 Fernandez Indictment.wpd