FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN MANUEL FERNANDEZ,<br><br>    Movant,<br><br>  -vs-<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No.   2:12-CR-0125-WFN-1<br><br>ORDER ON § 2255 MOTION |

Before the Court is Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. ECF No. 80. The Motion is submitted by Mr. Fernandez, who is appearing *pro se* in these proceedings. The pending Motion is Mr. Fernandez's second § 2255 motion. As explained in the Court's Order issued on January 26, 2017, a petitioner must obtain permission from the Ninth Circuit before this Court has jurisdiction to consider a successive § 2255. ECF No. 84. No such permission has been granted. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that Movant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, filed June 24, 2016, **ECF No. 80**, is **DENIED** with the right to renew if the Ninth Circuit grants permission.

The District Court Executive is directed to:

- File this Order,
- Provide copies to counsel and *pro se* Movant
- **CLOSE** the corresponding civil file, 2:16-CV-0231-WFN-1.

**DATED** this  26th  day of February, 2020.

_____
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

02-25-20

ORDER ON § 2255 MOTION